# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 23, 2015

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Bobby Chen
          v. Mayor and City Council of Baltimore, Maryland, et al.
          No. 13-10400
          (Your No. 13-1375)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk